1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; VIRGIN
7  RECORDS AMERICA, INC.; LAFACE
   RECORDS LLC; SONY BMG MUSIC
8  ENTERTAINMENT; INTERSCOPE
9  RECORDS; and CAPITOL RECORDS,
   INC.
10

11              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA          **HRL**
12

13

14 UMG RECORDINGS, INC., a Delaware        CASE NO.
   corporation; VIRGIN RECORDS AMERICA,
15 INC., a California corporation; LAFACE   **CERTIFICATION OF INTERESTED**
16 RECORDS LLC, a Delaware limited liability **ENTITIES OR PERSONS**
   company; SONY BMG MUSIC
17 ENTERTAINMENT, a Delaware general
   partnership; INTERSCOPE RECORDS, a
18 California general partnership; and CAPITOL
19 RECORDS, INC., a Delaware corporation,
                    Plaintiffs,
20
        v.
21
22 JOHN DOE,
                    Defendant.
23

24

25

26

27

28

Certification of Interested Entities or Persons
Case No.
#30433 v1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
7  Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
8  Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
9  publicly traded. Vivendi S.A. is publicly traded in France.

10  The following companies are parents of, or partners in Plaintiff VIRGIN RECORDS
11  AMERICA, INC.: EMI Recorded Music Holdings, Inc.; Capitol Records, Inc.; Capitol-EMI Music
12  Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings
13  BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.;
14  and EMI Group plc., of which only EMI Group plc. is a publicly traded company. EMI Group plc.
15  is publicly traded in the U.K.

16  The following companies are parents of, or partners in Plaintiff LAFACE RECORDS LLC:
17  SONY BMG MUSIC ENTERTAINMENT; USCO Holdings Inc.; BeSo Holding LLC; Arista
18  Holding, Inc.; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Zomba
19  US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is
20  publicly traded. Sony Corporation is publicly traded in the U.S.

21  The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
22  ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
23  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
24  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
25  Corporation is publicly traded in the U.S.

26  The following companies are parents of, or partners in Plaintiff INTERSCOPE RECORDS:
27  UMG Recordings, Inc.; PRI Productions, Inc.; Polygram Holding, Inc.; Universal Music Group,
28  Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.;

1

Certification of Interested Entities or Persons
Case No.
#30433 v1

1  and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in
2  France.
3      The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:
4  Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;
5  EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;
6  Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded
7  company. EMI Group plc. is publicly traded in the U.K.

Dated: June 13, 2007          HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
UMG RECORDINGS, INC.; VIRGIN
RECORDS AMERICA, INC.; LAFACE
RECORDS LLC; SONY BMG MUSIC
ENTERTAINMENT; INTERSCOPE
RECORDS; and CAPITOL RECORDS, INC.