Matthew Franklin Jaksa (CA State Bar No. 248072)   *E-filed 9/12/07*
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; LAFACE RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; INTERSCOPE RECORDS; and CAPITOL RECORDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; LAFACE RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; and CAPITOL RECORDS, INC., a Delaware corporation,<br>                    Plaintiffs,<br><br>     v.<br><br>JOHN DOE,<br>                    Defendant. | CASE NO. C 07-03093 HRL<br><br>Honorable Howard R. Lloyd<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO SERVE DEFENDANT AND [] ORDER** |

1    Plaintiffs hereby request that the Court continue the case management conference currently set for September 18, 2007, at 1:30 p.m. to December 18, 2007. Plaintiffs further request, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), that Plaintiffs' time to serve the Summons and Complaint on Defendant John Doe ("Defendant") be extended from October 11, 2007 to January 9, 2008.

   Plaintiffs filed the Complaint against Defendant on June 13, 2007. Also on June 13, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on University of California, Berkeley ("UC Berkeley"). On June 20, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on UC Berkeley so that Plaintiffs could obtain information sufficient to identify Defendant.

   UC Berkeley has responded to Plaintiffs' subpoena, and Plaintiffs have now determined the identity of Defendant. However, Plaintiffs are hopeful that this case will settle without the need to resort to further litigation. Accordingly, Plaintiffs are attempting to contact Defendant regarding settlement before amending the Complaint to name Defendant, and have sent Defendant a letter to that effect. Therefore, a case management conference is unnecessary at this time. Plaintiffs request that the Court continue the case management conference currently set for September 18, 2007, at 1:30 p.m. to December 18, 2007. Given the foregoing circumstances, and because the original time period for Plaintiffs to serve the Summons and Complaint on Defendant will expire on October 11, 2007, Plaintiffs further request that Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to January 9, 2008.

Dated: September 11, 2007                    HOLME ROBERTS & OWEN LLP

                                             By:         */s/ Matthew Franklin Jaksa*
                                                   Matthew Franklin Jaksa
                                                   Attorney for Plaintiffs
                                                   UMG RECORDINGS, INC.; VIRGIN
                                                   RECORDS AMERICA, INC.; LAFACE
                                                   RECORDS LLC; SONY BMG MUSIC
                                                   ENTERTAINMENT; INTERSCOPE
                                                   RECORDS; and CAPITOL RECORDS,
                                                   INC.

1

1 **<u>ORDER</u>**

2    Good cause having been shown:

3    **IT IS ORDERED** that the case management conference currently set for September 18,
4 2007, at 1:30 p.m. be continued to December 18, 2007.

5    **IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules
6 4(m) and 6(b), Plaintiffs' time to serve the summons and complaint on Defendant is hereby extended
7 to January 9, 2008.

9 Dated: 9/12/07                             By: _____
10                                                Honorable Howard R. Lloyd
                                                  United States Magistrate Judge