Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:  (415) 268-1999
Email:  matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; LAFACE RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; INTERSCOPE RECORDS; and CAPITOL RECORDS, INC.

*E-filed 12/6/07*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; LAFACE RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; and CAPITOL RECORDS, INC., a Delaware corporation,<br>                    Plaintiffs,<br><br>     v.<br><br>JOHN DOE,<br>                    Defendant. | CASE NO. C 07-03093 HRL<br><br>Honorable Howard R. Lloyd<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** |

1    Plaintiffs respectfully request that the Court continue the case management conference
2 currently set for December 18, 2007, at 1:30 p.m. to March 18, 2008.

3    Plaintiffs filed the Complaint against Defendant John Doe ("Defendant") on June 13, 2007.
4 Also on June 13, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate
5 Discovery seeking the Court's permission to serve a Rule 45 subpoena on University of California,
6 Berkeley ("UC Berkeley"), so that Plaintiffs could obtain information sufficient to identify
7 Defendant. On June 20, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application
8 for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on UC
9 Berkeley. UC Berkeley responded to Plaintiffs' subpoena, providing Plaintiffs with identifying
10 information including Defendant's name and contact information.

11    In hopes of avoiding further litigation, Plaintiffs have since made numerous attempts to
12 contact Defendant regarding settlement. Defendant has not responded to any of these attempts.
13 Accordingly, Plaintiffs are in the process of preparing an amended complaint naming Defendant
14 personally.

15    Given these circumstances, and because there is not yet a named defendant in this case, a
16 case management conference is unnecessary at this time. Plaintiffs therefore request that the Court
17 continue the case management conference currently set for December 18, 2007, at 1:30 p.m. to
18 March 18, 2008.

19 Dated: December 5, 2007                    HOLME ROBERTS & OWEN LLP

20                                            By: _____*/s/ Matthew Franklin Jaksa*_____
                                                  Matthew Franklin Jaksa
21                                                Attorney for Plaintiffs
                                                  UMG RECORDINGS, INC.; VIRGIN
22                                                RECORDS AMERICA, INC.; LAFACE
                                                  RECORDS LLC; SONY BMG MUSIC
23                                                ENTERTAINMENT; INTERSCOPE
                                                  RECORDS; and CAPITOL RECORDS,
24                                                INC.

1

Ex Parte Application to Continue CMC
Case No. C 07-03093 HRL
#34187 v1

## **ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for December 18, 2007, at 1:30 p.m. be continued to March 18, 2008.

Dated: 12/6/07

By: _____
Honorable Howard R. Lloyd
United States Magistrate Judge