1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:      matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; VIRGIN
7  RECORDS AMERICA, INC.; LAFACE
   RECORDS LLC; SONY BMG MUSIC
8  ENTERTAINMENT; INTERSCOPE
   RECORDS; and CAPITOL RECORDS,
9  INC.

10

11                        UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA
12                                SAN JOSE DIVISION

13

14 | UMG RECORDINGS, INC., a Delaware          | CASE NO. C 07-03093 HRL
   | corporation; VIRGIN RECORDS AMERICA,      |
15 | INC., a California corporation; LAFACE    | Honorable Howard R. Lloyd
16 | RECORDS LLC, a Delaware limited liability |
   | company; SONY BMG MUSIC                   | ***PROOF OF SERVICE RE: EX PARTE***
17 | ENTERTAINMENT, a Delaware general         | **APPLICATION TO CONTINUE CASE**
   | partnership; INTERSCOPE RECORDS, a        | **MANAGEMENT CONFERENCE AND**
18 | California general partnership; and CAPITOL| **[PROPOSED] ORDER**
19 | RECORDS, INC., a Delaware corporation,    |

20              Plaintiffs,

21       v.

22
   DEVANEI UNIQUE HAMPTON,
23
                Defendant.
24

25
26
27
28

POS Re: EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED]
ORDER
Case No. C 07-03093 HRL
#36067 v1

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On March 7, 2008, I served the foregoing documents described as:

**EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> David I. Kelvin, Esq.
> 1516 Oak Street, Suite 316
> Alameda, CA 94501
> *Attorney for Defendant*

XX   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 7, 2008 at San Francisco, California.

*Della Grant*
_____
Della Grant

1

POS Re: EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. C 07-03093 HRL
#36067 v1