Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; LAFACE RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; INTERSCOPE RECORDS; and CAPITOL RECORDS, INC.

*E-filed 3/11/08*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; LAFACE RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>DEVANEI UNIQUE HAMPTON,<br><br>                    Defendant. | CASE NO. C 07-03093 HRL<br><br>Honorable Howard R. Lloyd<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Ex Parte Application to Continue CMC and [Proposed] Order
Case No. C 07-03093 HRL
#36077 v1

1  Plaintiffs respectfully request that the Court continue the case management conference currently set for March 18, 2008, at 1:30 p.m. to June 17, 2008.  As further explained below, Defendant Devanei Unique Hampton ("Defendant") has not appeared in this case; however, the parties, through counsel, have been in contact and are attempting to resolve this case without further litigation.  In support of this request, Plaintiffs state as follows:

1. Plaintiffs filed their initial Complaint for Copyright Infringement against a John Doe defendant on June 13, 2007.  In order to determine the Doe defendant's true name and identity, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on June 13, 2007, requesting that the Court enter an order allowing Plaintiffs to serve a Rule 45 subpoena on Defendant's Internet Service Provider ("ISP").  The Court entered an Order for Leave to take Immediate Discovery on June 20, 2007, which was served upon the ISP along with a subpoena seeking Defendant's identifying information.  The ISP responded to Plaintiffs' subpoena, identifying the defendant, Devanei Unique Hampton.

2. Plaintiffs then sent written notice to Defendant of their claims and attempted to reach Defendant to resolve their claims amicably.  Defendant did not respond, and Plaintiffs' follow-up attempts to contact Defendant were unsuccessful.  During that time, while the case was still in the Doe stage, Plaintiffs requested two previous continuances of the case management conference, which the Court granted by its Orders of September 12, 2007 and December 6, 2007.

3. When attempts to contact Defendant and resolve the dispute were unsuccessful, Plaintiffs, on December 7, 2007, filed the First Amended Complaint naming Devanei Unique Hampton individually as the defendant.  Defendant was served with process on January 2, 2008, by substitute service.

4. Defendant has not filed an answer or other response to the Complaint, nor served an answer or other response upon Plaintiffs' attorneys of record.  Accordingly, Plaintiffs are prepared to seek entry of default and a default judgment if necessary.

5. However, Defendant's counsel has contacted counsel for Plaintiffs, and the parties have discussed options for settling the case.  The parties are currently in discussions aimed at

1 resolving this case without further litigation, and Plaintiffs therefore request additional time to
2 conclude these discussions before proceeding with the litigation.

3       6.     Given these circumstances, and because Defendant has not appeared in this action, a
4 case management conference is unnecessary at this time. Plaintiffs therefore request that the Court
5 continue the case management conference currently set for March 18, 2008, at 1:30 p.m. to June 17,
6 2008, or such other date as conveniences the Court.

8 Dated: March 7, 2008                          HOLME ROBERTS & OWEN LLP

9                                            By:       */s/ Matthew Franklin Jaksa*
                                                      Matthew Franklin Jaksa
                                                      Attorney for Plaintiffs
                                                      UMG RECORDINGS, INC.; VIRGIN
                                                      RECORDS AMERICA, INC.; LAFACE
                                                      RECORDS LLC; SONY BMG MUSIC
                                                      ENTERTAINMENT; INTERSCOPE
                                                      RECORDS; and CAPITOL RECORDS,
                                                      INC.

### [~~PROPOSED~~] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for March 18, 2008, at 1:30 p.m., be continued to June 17, 2008.

Dated: 3/11/08                                                By: _____
                                                          Honorable Howard R. Lloyd
                                                          United States Magistrate Judge