| *Attorney or Party without Attorney:*<br>MATTHEW FRANKLIN JAKSA<br>HOLME ROBERTS & OWEN LLP<br>560 MISSION STREET<br>25TH FLOOR<br>SAN FRANCISCO, CA  94105<br>*Telephone No:* 415-268-2000 | | *For Court Use Only* |
|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>48983-00150 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>  United States District Court Northern District Of California | | |
| *Plaintiff:* UMG RECORDINGS, INC., et al. | | |
| *Defendant:* DEVANEI UNIQUE HAMPTON | | |

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>5:07-CV-03093-HRL |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case;  First Amended Complaint For Copyright Infringement;  Order Setting Initial Case Management Conference And Adr Deadlines;  Standing Order Re: Initial Case Management And Discovery Disputes;  Contents Of Joint Case Management Statement;  Ecf Registration Information Handout;  Welcome To The United States District Court;  Notice Of Assignment Of Case To A United States Magistrate Judge;  Consent To Proceed Before A United States Magistrate Judge;  Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge.

*3. a. Party served:*                                          DEVANEI UNIQUE HAMPTON

*4. Address where the party was served:*         1335 SEMINARY AVENUE<br>                                                                    OAKLAND, CA  94621

*5. I served the party:*
  b. **by substituted service.** On: Wed., Jan. 02, 2008 at: 6:00PM by leaving the copies with or in the presence of:<br>                                                  LEVE FRAZIAN, GRANDMOTHER/CO-OCCUPANT
  (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
  (4) A declaration of mailing is attached.
  (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
  a. as an individual defendant

**7. *Person Who Served Papers:***                                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
  a. RAIMUNDO  CARVALHO                          d.  ***The Fee for Service was:***

  **First Legal Support Services** ℠
  ATTORNEY SERVICES
  1138 HOWARD STREET
  San Francisco, CA 94103
  (415) 626-3111, FAX (415) 626-1331

  e.  I am: (3)  registered California process server
        (i)    Independent Contractor
        (ii)   *Registration No.:*      2005-0000968-00
        (iii)  *County:*                    San Francisco

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Thu, Jan. 03, 2008

Judicial Council Form POS-010                          PROOF OF SERVICE                          (RAIMUNDO  CARVALHO)
Rule 982.9.(a)&(b) Rev January 1, 2007              SUMMONS & COMPLAINT                          *6391731.holro.105554*

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| MATTHEW FRANKLIN JAKSA<br>HOLME ROBERTS & OWEN LLP<br>560 MISSION STREET<br>25TH FLOOR<br>SAN FRANCISCO, CA 94105<br>*Telephone No:* 415-268-2000 | |

*Ref. No or File No.:*
48983-00150

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* UMG RECORDINGS, INC., et al.
*Defendant:* DEVANEI UNIQUE HAMPTON

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>5:07-CV-03093-HRL |
|---|---|---|---|---|

1. I, RAIMUNDO CARVALHO, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant DEVANEI UNIQUE HAMPTON as follows:

2. *Documents:* **Summons In A Civil Case; First Amended Complaint For Copyright Infringement; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re: Initial Case Management And Discovery Disputes; Contents Of Joint Case Management Statement; Ecf Registration Information Handout; Welcome To The United States District Court; Notice Of Assignment Of Case To A United States Magistrate Judge; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge..**

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 01/01/08 | 1:00pm | Home | THE SUBJECT IS NOT IN PER GRANDMOTHER. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 1335 SEMINARY AVENUE OAKLAND CA 94621. |
| Wed | 01/02/08 | 6:00pm | Home | Substituted Service on: DEVANEI UNIQUE HAMPTON Home - 1335 SEMINARY AVENUE OAKLAND, CA. 94621 by leaving a copy of the document(s) with: LEVE FRAZIAN, GRANDMOTHER/CO-OCCUPANT. Served by: RAIMUNDO CARVALHO |
| Thu | 01/03/08 | | | Mailed copy of Documents to: DEVANEI UNIQUE HAMPTON |
| Sun | 12/28/08 | 5:00pm | Home | NO ANSWER. BLINDS CLOSED. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 1335 SEMINARY AVENUE OAKLAND CA 94621. |
| Mon | 12/29/08 | 3:20pm | Home | THE SUBJECT IS NOT IN PER HIS GRANDMOTHER. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 1335 SEMINARY AVENUE OAKLAND CA 94621. |
| Tue | 12/30/08 | 10:00am | Home | NO ANSWER. NO ACTIVITY. Attempt made by: RAIMUNDO CARVALHO. Attempt at: 1335 SEMINARY AVENUE OAKLAND CA 94621. |

3. *Person Executing*
   a. RAIMUNDO CARVALHO
   b. **FIRST LEGAL SUPPORT SERVICES**
      1138 HOWARD ST
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d.. The Fee for service was:*
*e. I am:* (3) registered California process server
   (i) Independent Contractor
   (ii) *Registration No.:* 2005-0000968-00
   (iii) *County:* San Francisco

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

*Date:* Thu, Jan. 03, 2008        **AFFIDAVIT OF REASONABLE DILIGENCE**        (RAIMUNDO CARVALHO)

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| MATTHEW FRANKLIN JAKSA<br>HOLME ROBERTS & OWEN LLP<br>560 MISSION STREET<br>25TH FLOOR<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-268-2000          FAX No: | | | | |

Attorney for: Plaintiff

Ref. No or File No.: 48983-00150

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: UMG RECORDINGS, INC., et al.

Defendant: DEVANEI UNIQUE HAMPTON

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:07-CV-03093-HRL |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case; First Amended Complaint For Copyright Infringement; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re: Initial Case Management And Discovery Disputes; Contents Of Joint Case Management Statement; Ecf Registration Information Handout; Welcome To The United States District Court; Notice Of Assignment Of Case To A United States Magistrate Judge; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:                    Thu., Jan. 03, 2008
    b. Place of Mailing:                  SAN FRANCISCO, CA 94103
    c. Addressed as follows:           DEVANEI UNIQUE HAMPTON
                                         1335 SEMINARY AVENUE
                                       OAKLAND, CA 94621

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jan. 03, 2008 in the ordinary course of business.

5. Person Serving:
    a. AARON DANIEL
    b. FIRST LEGAL SUPPORT SERVICES
       1138 HOWARD STREET
       SAN FRANCISCO, CA 94103
    c. 415-626-3111

Recoverable Cost Per CCP 1033.5(a)(4)(B)

    d. **The Fee** for Service was:
    e. I am: (3) registered California process server
        (i)    Independent Contractor
        (ii)  Registration No.:    2008-0001044
        (iii) County:           San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Thu, Jan. 03, 2008

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(AARON DANIEL)

6391731.holro.105554