1  Dawniell Alise Zavala (CA State Bar No. 253130)
   Matthew Franklin Jaksa (State Bar No. 248072)
2  HOLME ROBERTS & OWEN LLP
3  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
4  Telephone: (415) 268-2000
   Facsimile: (415) 268-1999
5  Email:     dawniell.zavala@hro.com

6
   Attorneys for Plaintiffs,
7  UMG RECORDINGS, INC.; VIRGIN RECORDS
   AMERICA, INC.; LAFACE RECORDS LLC;
8  SONY BMG MUSIC ENTERTAINMENT;
   INTERSCOPE RECORDS; and CAPITOL
9  RECORDS, INC.

10
                    UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
                           SAN JOSE DIVISION
12

13

14 | UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; LAFACE RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; and CAPITOL RECORDS, INC., a Delaware corporation, | CASE NO. 5:07-CV-03093-HRL
15 | | **Honorable Howard R. Lloyd**
16 | |
17 | | *EX PARTE* **APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
18 | |
19 | Plaintiffs, |
20 | |
21 | v. |
22 | DEVANEI UNIQUE HAMPTON, |
23 | Defendant. |

24

25

26

27

28

---

*EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 5:07-cv-03093-HRL
#38140 v1

1   Plaintiffs respectfully request that the Court vacate the case management conference set for June 17, 2008 at 1:30 p.m.  The parties have reached a settlement of this matter, and on May 28, 2008 filed their Stipulation to Judgment and Permanent Injunction.  Plaintiffs' understanding is that the Court is awaiting Defendant's counsel to file a Consent to Proceed before a Magistrate Judge so that the Court may enter an Order on the parties' Stipulation to Judgment and Permanent Injunction.  However, given that the parties' have settled this case, there appears to be no need for a case management conference at this time.  Accordingly, Plaintiffs respectfully request that the Court vacate the case management conference set for June 17, 2008 at 1:30 p.m.

DATED: June 10, 2008                    HOLME ROBERTS & OWEN LLP

By:   */s/ Dawniell Alise Zavala*
       DAWNIELL ALISE ZAVALA
       HOLME ROBERTS & OWEN LLP
       Attorney for Plaintiffs


**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference scheduled for June 17, 2008 at 1:30 p.m. is vacated.


Dated: _____            By: _____
                                          Honorable Howard R. Lloyd
                                          United States Magistrate Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On June 10, 2008, I served the foregoing documents described as:

*EX PARTE* **APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed to Defendant's attorneys as follows:

| **David I. Kelvin**<br>1516 Oak Street, Suite 316<br>Alameda, CA 94501 | **Mark Lucia**<br>U.C. Berkeley, 102 Sproul Hall<br>Berkeley, CA 94720 |
|---|---|

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 10, 2008 at San Francisco, California.

_____
Della Grant

PROOF OF SERVICE
Case No. 5:07-cv-03093-HRL
#38140 v1