1  Dawniell Alise Zavala (CA State Bar No. 253130)
   Matthew Franklin Jaksa (State Bar No. 248072)
2  HOLME ROBERTS & OWEN LLP
3  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
4  Telephone: (415) 268-2000
   Facsimile: (415) 268-1999
5  Email: dawniell.zavala@hro.com

6  
7  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; VIRGIN RECORDS
   AMERICA, INC.; LAFACE RECORDS LLC;
8  SONY BMG MUSIC ENTERTAINMENT;
   INTERSCOPE RECORDS; and CAPITOL
9  RECORDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; LAFACE RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEVANEI UNIQUE HAMPTON,<br><br>    Defendant. | CASE NO. 5:07-CV-03093-HRL<br><br>**Honorable Howard R. Lloyd**<br><br>*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER, AS AMENDED BY THE COURT** |

| | |
|---|---|
| 1 | Plaintiffs respectfully request that the Court vacate the case management conference set for |
| 2 | June 17, 2008 at 1:30 p.m. The parties have reached a settlement of this matter, and on May 28, |
| 3 | 2008 filed their Stipulation to Judgment and Permanent Injunction. Plaintiffs' understanding is that |
| 4 | the Court is awaiting Defendant's counsel to file a Consent to Proceed before a Magistrate Judge so |
| 5 | that the Court may enter an Order on the parties' Stipulation to Judgment and Permanent Injunction. |
| 6 | However, given that the parties' have settled this case, there appears to be no need for a case |
| 7 | management conference at this time. Accordingly, Plaintiffs respectfully request that the Court |
| 8 | vacate the case management conference set for June 17, 2008 at 1:30 p.m. |

DATED: June 10, 2008          HOLME ROBERTS & OWEN LLP

By: */s/ Dawniell Alise Zavala*
    DAWNIELL ALISE ZAVALA
    HOLME ROBERTS & OWEN LLP
    Attorney for Plaintiffs

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference scheduled for June 17, 2008 at 1:30 p.m. is CONTINUED until July 22, 2008 at 1:30 pm

Dated: 6/12/08          By: _____
                            Honorable Howard R. Lloyd
                            United States Magistrate Judge

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Dawniell Alise Zavala  dawniell.zavala@hro.com

David I. Kelvin 1516 Oak Street, suite 316, Alameda, CA 94501

Mark Lucia UC Berkeley, 102 Sproul Hall, Berkeley, CA 94720

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

Date:  ___June 12, 2008___          ___MPK_____
                                    Chambers of Magistrate Judge Howard R. Lloyd