| | |
|---|---|
| 1 | Dawniell Alise Zavala (CA State Bar No. 253130) |
| | HOLME ROBERTS & OWEN LLP |
| 2 | 560 Mission Street, 25th Floor |
| 3 | San Francisco, CA  94105-2994 |
| | Telephone:   (415) 268-2000 |
| 4 | Facsimile:    (415) 268-1999 |
| | Email:         dawniell.zavala@hro.com |
| 5 | |
| 6 | Attorneys for Plaintiffs, |
| | UMG RECORDINGS, INC.; VIRGIN RECORDS |
| 7 | AMERICA, INC.; LAFACE RECORDS LLC; |
| | SONY BMG MUSIC ENTERTAINMENT; |
| 8 | INTERSCOPE RECORDS; and CAPITOL |
| | RECORDS, INC. |
| 9 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; LAFACE RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; and CAPITOL RECORDS, INC., a Delaware corporation, | CASE NO. 5:07-CV-03093-HRL |
| | Honorable Howard L. Lloyd |
| | **PROOF OF SERVICE RE ORDER *RE: EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE, AS AMENDED BY THE COURT** |
| Plaintiffs, | |
| v. | |
| DEVANEI UNIQUE HAMPTON, | |
| Defendant. | |

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On June 12, 2008, I served the foregoing documents described as:

**ORDER *RE: EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE, AS AMENDED BY THE COURT**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed to Defendant's attorneys as follows:

| **David I. Kelvin**<br>1516 Oak Street, Suite 316<br>Alameda, CA 94501 | **Mark Lucia**<br>U.C. Berkeley, 102 Sproul Hall<br>Berkeley, CA 94720 |
|---|---|

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 12, 2008 at San Francisco, California.

_____
Della Grant

Proof of Service
Case No. 5:07-cv-03093-HRL
#38220 v1